United States District Court
Southern District of Texas
**ENTERED**
January 22, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIO ANGUIANO REYES, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:25-CV-315 |
| | § | |
| MICHAEL J. PITTS, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## <u>ORDER</u>

In the present matter, Petitioner Mario Anguiano Reyes challenged the basis of his detention by Respondents. (Petition for Writ of Habeas Corpus, Doc. 1; Motion for Temporary Restraining Order, Doc. 2) Respondents recently informed the Court that Petitioner has been released. (Motion, Doc. 10) On January 21, 2026, the Court held a hearing on the issue during which Petitioner's counsel confirmed as much and agreed that Petitioner's release renders the issues in this habeas action moot. Accordingly, it is:

**ORDERED** that Petitioner Mario Anguiano Reyes's Motion for Temporary Restraining Order and Request for Injunctive Relief (Doc. 2) is **DENIED AS MOOT**; and

ORDERED that Petitioner Mario Anguiano Reyes's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and Complaint for Injunctive Relief (Doc. 1) is **DISMISSED AS MOOT**.

The Clerk of Court is directed to close this matter.

Signed on January 22, 2026.

_Fernando Rodriguez, Jr._
Fernando Rodriguez, Jr.
United States District Judge